328

THE PERTH AMBOY DRY DOCK CO., PLAINTIFF-RESPOND-
ENT, v. EMPIRE PETROLEUM COMPANY, DEFENDANT-
PETITIONER.

*Messrs. Clapp & Eisenberg* for the petitioner.

*Messrs. Wilentz, Goldman, Spitzer & Sills* and *Mr. Elias
A. Kanter* for the respondent.

September 19, 1960.   Denied.